# EXHIBIT 1

CAUSE NO. 2019-DCL-01876

| | | |
|---|---|---|
| L.C. and D.S.<br>　*Plaintiffs* | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS | §<br>§ | 445TH JUDICIAL DISTRICT |
| ROMAN CATHOLIC DIOCESE OF BROWNSVILLE<br>　*Defendant* | §<br>§<br>§ | CAMERON COUNTY, TEXAS |

# INDEX OF DOCUMENTS BEING FILED WITH REMOVAL ACTION

Exhibit 1 -   Index of Documents Being Filed With Removal Action

Exhibit 2 -   Civil Cover Sheet

Exhibit 3 -   List of Counsel of Record

Exhibit 4 -   State Court Docket Sheet from Cause No. 2019-DCL-01876, before the 445th Judicial District Court, Cameron County, Texas

Exhibit 5 -   Plaintiff's Original Petition, filed on March 26, 2019

Exhibit 6 -   Plaintiffs' First Amended Petition, filed on April 3, 2019

Exhibit 7 -   Defendant the Roman Catholic Diocese of Brownsville, Texas' Plea to the Subject Matter Jurisdiction and, Subject thereto, Special Exceptions and Original Answer, filed on April 29, 2019

Exhibit 8 -   Plaintiffs' Second Amended Petition, filed January 3, 2020

Exhibit 9 -   Agreed Protective Order, signed on March 10, 2020

Exhibit 10 -   Defendant the Roman Catholic Diocese of Brownsville, Texas' First Amended Special Exceptions, filed on June 18, 2020

Exhibit 11 -   Order on Unopposed Motion for Continuance of the August 26th Hearings, signed on September 30, 2020

Exhibit 12 -   Order on Unopposed Motion for Continuance of the August 26th Hearings, signed on September 30, 2020

Exhibit 13 -	Order Sealing Court Records, signed on October 6, 2020

Exhibit 14 -	Order on Plaintiff's Motion for In Camera Review, signed on December 29, 2020

Exhibit 15 -	Agreed Docket Control Order, signed on January 12, 2021