UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| L.C. ET AL., Plaintiffs. | § § § § § § § § § § | |
| v. | | Civil Action No. 1:21-cv-00025 |
| ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, Defendant. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Plaintiffs' "Motion for Mandatory Abstention and Remand of Removed Actions, or, Alternatively, Motion for Remand and for Discretionary Abstention" ("MTR") (Dkt. No. 2), Defendant's "Response to Plaintiffs' Motion for Mandatory Abstention and Remand of Removed Actions, or Alternatively, Motion for Remand and for Discretionary Abstention" (Dkt. No. 3), Plaintiffs' "Reply to Defendant's Response to Plaintiffs' Motion to Remand" (Dkt. No. 8), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 9).

The R&R recommends this Court grant Plaintiffs' MTR, abstain from exercising jurisdiction, and remand the case to the 445th Judicial District Court in Cameron County, Texas. *See* Dkt. No. 9. Objections were due May 20, 2021. No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiffs' MTR (Dkt. No. 2) is **GRANTED**. This Court **ABSTAINS** from exercising jurisdiction under 28 U.S.C. § 1334(c)(2). Plaintiffs' "Original Petition" is **REMANDED** to the 445th Judicial District Court in Cameron County, Texas.

Signed on this \_\_1st\_\_ day of \_\_June_____, 2021.

_____
Rolando Olvera
United States District Judge